JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FIDENCIO GONZALEZ,

                        Petitioner,

            v.

WARDEN BIRKHOLZ,

                        Respondent.

Case No. 5:25-cv-02807-KK

JUDGMENT

IT IS HEREBY ADJUDGED that the petition for habeas corpus is denied consistent with the reasons and findings set forth in the Court's Order denying the petition for habeas corpus (Dkt. No. 13).

(JS-6)

Dated: May 28, 2026

_____

HONORABLE KENLY KIYA KATO
United States District Judge